UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE KOELTL**

| | |
|---|---|
| NEW MILLENNIUM PR COMMUNICATIONS, INC. Plaintiff, | **08 CV 5027** Case No._____ |
| -v- | **Rule 7.1 Statement** |
| DIGITAL FX INTERNATIONAL, INC. Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

NEW MILLENNIUM PR COMMUNICATIONS, INC.   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.



Date: JUNE 2, 2008

_____
Signature of Attorney

Attorney Bar Code: 0827