USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

STERN&CO                                      PAGE  02

Exhibit "E"

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

NEW MILLENNIUM PR COMMUNICATIONS, INC.

    Plaintiff,

-against-                                    Index No. 08 CV 5027
                                             (JG K)

DIGITAL FX INTERNATIONAL, INC.,              Stipulation of
                                             Discontinuance
    Defendant.
-----------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsels for the respective parties to the above-captioned action, subject to the approval of the Court, that the above captioned action be and is hereby discontinued with prejudice.

1. This agreement may be signed in counterparts.

2. A facsimile signature for purposes of this Stipulation and Order of Discontinuance shall be deemed an original signature.

Dated: New York, New York
       June 26, 2008

DIGITAL FX INTERNATIONAL, INC.              Law Office of Larry Kars, P.C

By: _____               By: _____
Abraham Sofer, Esq                          Larry Kars, Esq.
Counsel for Defendant                       Counsel for Plaintiff
3035 E. Patrick Lane, Suite 9               101 E. 52nd Street
Las Vegas, NV 89102                         New York, NY 10022
                                            212-752-9700

SO ORDERED
_____
John G. Koeltl, U.S.D.J
7/1/08